People v Ogletree. Appeal from Macomb, Frank E. Jeannette, J. Submitted Division 2 November 16, 1971, at Lansing. (Docket No. 11626.) Decided December 9, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *George N. Parris*, Prosecuting Attorney, *Thaddeus F. Hamera*, Chief Appellate Lawyer, and *Stephen F. Osinski*, Assistant Prosecuting Attorney, for the people.

*Joseph P. Puzzuoli*, for defendant on appeal.

Before: Bronson, P. J., and Quinn and Danhof, JJ.

Memorandum Opinion. Defendant was tried by a jury, convicted, sentenced and appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.